IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| KEITHFUS CARTER,<br><br>Plaintiff,<br><br>v.<br><br>LENN WOOD, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:26-cv-00143-LMM |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [4]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [4], as its opinion: this action is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to prosecute the case and comply with lawful Orders of the Court. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED**, this 24th day of November, 2026.



**Leigh Martin May**
**Chief United States District Judge**